IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL DOYLE, ) | Case No. 8:06CV683 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER OF DISMISSAL |
| ) | |
| UFLEX USA, INC., and INFLATABLE ) | |
| BOATS OF THE FLORIDA KEYS, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Stipulation for Dismissal of Defendant Inflatable Boats of the Florida Keys, Inc., filed by jointly by Plaintiff Daniel Doyle and Defendants Inflatable Boats of the Florida Keys, Inc., UFLEX USA, Inc..  The joint stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and should be granted.

IT IS ORDERED:

1. The Stipulation for Dismissal (Filing No. 38) is granted;

2. All claims against the Defendant Inflatable Boats of the Florida Keys, Inc., only, are dismissed without prejudice;

3. As between Plaintiff Daniel Doyle and Defendant Inflatable Boats of the Florida Keys, Inc., the parties shall pay their own costs and attorney fees; and

4. Plaintiff Daniel Doyle's claim against Defendant UFLEX USA, Inc. remain.

Dated this 27th day of June, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge