IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL DOYLE, | ) |
|       Plaintiff, | ) |
| | )     8:06CV683 |
| vs. | ) |
| | )     ORDER |
| UFLEX INC., | ) |
|       Defendant. | ) |
| LELAND GRASKE, | ) |
|       Interested Party. | ) |

This case is before the court on correspondence from both parties agreeing to a continuance of the Rule 16 conference set for August 9, 2007, pending a ruling on the Motion to Consolidate (#133) filed in Case No. 8:05cv21. The court is in agreement.

**IT IS ORDERED:**

The Rule 16 conference set for August 9, 2007 at 9:00 a.m., is continued to **Monday, September 24, 2007 at 9:30 a.m.** The conference will be held by telephone call initiated by plaintiff's counsel.

Dated this 8th day of August 2007.

                                                  BY THE COURT:

                                                S/ F. A. Gossett
                                                United States Magistrate Judge