# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DANIEL DOYLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 8:06CV683 |
| vs. | ) | |
| | ) | **ORDER** |
| **UFLEX USA, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon review of the record,

**IT IS ORDERED** that the parties' Stipulation [43] is approved, and plaintiff may take a limited scope Rule 30(b)(6) deposition of Uflex USA, Inc., without prejudice to plaintiff's right to conduct a full scope deposition at a later date. The limited scope deposition shall be taken subject to the following conditions and agreements:

1. Plaintiff may question the witness or witnesses to determine whether the steering system or the tiller/link arm on the boat owned and operated by Leland Graske, which was involved in the accident on October 31, 2003, were manufactured, sold, delivered or otherwise provided by Uflex USA, Inc. or any of its corporate affiliates.

2. Plaintiff may also question the witness or witnesses regarding the factual basis, if any, for personal jurisdiction over Uflex USA, Inc. in the courts of the state of Nebraska.

3. Plaintiff may inquire regarding the contents of the exhibits from the Leland Graske depositions taken on March 27, 2007 and April 6, 2007, sales records, photographs and other documents or records in plaintiff's possession for the limited purpose of resolving the issues set forth in paragraphs 1 and 2 above.

4. Plaintiff may also inquire regarding exemplars (or photographs of exemplars) of steering systems and tiller or link arm components for the limited purpose of resolving the issue set forth in paragraph 1 above.

     5.   Counsel for Uflex USA, Inc. shall be afforded an opportunity to photograph exemplars of steering systems and tiller or link arm components in the possession of plaintiff's counsel prior to said deposition.

     6.   The deposition shall be taken telephonically.

     7.   Plaintiff may arrange to have the deposition recorded on videotape.

     8.   The deposition will not be followed immediately by a full scope deposition. As stated above, however, the deposition will be taken without prejudice to plaintiff's right to schedule a full scope deposition at a later date.

**DATED August 14, 2007.**

                         **BY THE COURT:**

                         **s/ F.A. Gossett**
                         **United States Magistrate Judge**