```
                                                   FILED
                                               US DISTRICT COURT
                                               DISTRICT OF NEBRASKA

           IN THE UNITED STATES DISTRICT COURT      OCT - 9 2007
              FOR THE DISTRICT OF NEBRASKA
                                               OFFICE OF THE CLERK
```

DANIEL DOYLE,                )   Case Number: 8:06CV683
                             )
        Plaintiff,         )
                             )
v.                           )   **CONSENT TO EXERCISE**
                             )   **OF JURISDICTION BY A**
                             )   **UNITED STATES MAGISTRATE JUDGE**
UFLEX USA, INC.,             )   **AND**
                             )   **ORDER OF REFERENCE**
                             )
        Defendant.         )

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | | Date |
|---|---|---|---|
| s/ Ronald J. Palagi | For | Daniel Doyle | 9-24-07 |
| s/ Brian D. Nolan | For | Uflex USA, Inc. | 10-05-07 |
| | For | | |
| | For | | |
| | For | | |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable _F. A. Gossett_ _____, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

_Oct. 9, 2007_                       _____
Date                                  United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

k:\clerk\proc\forms\consent.frm
08/15/03