# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL DOYLE, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | 8:06CV683 |
| vs. ) | |
| ) | **ORDER** |
| UFLEX USA, INC., ) | |
| ) | |
| **Defendant.** ) | |

For good cause shown, and upon the representation that there is no objection,

**IT IS ORDERED** that defendant's Motion to Extend Scheduling Deadlines [71] is granted, as follows:

1. Defendant shall serve its statement of expert witnesses it expects to call pursuant to Fed. R. Civ. P. 26(a)(2) not later than **January 15, 2008.**

2. If necessary to refute the disclosed opinions of Defendant's expert witness, Plaintiff may disclose additional expert witnesses not later than **January 25, 2008.**

3. The deposition deadline is extended to **February 1, 2008.**

4. All motions for summary judgment shall be filed not later than **February 15, 2008.** In order to maintain the current trial setting, the briefing schedule on any motions for summary judgment will not be extended.

**DATED November 30, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**