# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DANIEL DOYLE,** | ) |
|       **Plaintiff,** | ) |
| | )    **8:06CV683** |
| **vs.** | ) |
| | )    **ORDER OF DISMISSAL** |
| **UFLEX USA, INC.,** | ) |
|       **Defendant.** | ) |

Pursuant to the parties' written Stipulation for Dismissal [90], the above-entitled cause is dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41, each party to bear his or its own costs.

**DATED May 16, 2008.**

                                          **BY THE COURT:**

                                          **s/ F.A. Gossett**
                                          **United States Magistrate Judge**